IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03121-WYD-CBS

MONICA WARD,

      Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) filed June 15, 2011.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  June 15, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge